## Law Office of
# RANDY W. LOUN
509 4th St. Suite 6  •  Bremerton, WA 98337
Tel: (360) 377-7678  •  Fax: (360) 792-1913

May 13, 2009

Court Scheduler
Western Washington United States District Cout
Union Station Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

Re:  Notice of Closure of Office

Dear Sir or Madam:

This letter is to inform you Mr. Loun's suffered a stroke after his heart surgery. It has caused more damage then first thought. It has been recommended by his treating physicians that he not return to his practice at this time. Since Mr. Loun is a solo practioner there is no one to carry on in his place and therefore, he must close his office immediately. We are notifying all of his clients to seek new representation and ask the Court to continue all time lines by 60 days. Enclosed is a list of current cases with the Court.

We are unable file legal documentation requesting continuances or respond to any current motions on behalf of our clients because there is no other attorney in our office to sign those documents. I am Mr. Loun's only employee and am working closely with his family to close the office.

If you have any questions, please e-mail the office.

Very truly yours,

Jennifer C. Baetge
Legal Secretary for Randy W. Loun

rloun@hotmail.com

Encl.

09-CV-05019-M

Baker v. Clallam County, et al
Case No. 3:08-cv-05147-RBL

Young & Aase v. Kitsap County, et al,
Case No. C08-5121JKA

Fox & Iskra v. Kitsap County, et al
Case No. 3:06-cv-05698-RBL

Knopp v. CDX Ferry Concessions, et al
Case No. 3:08-cv-05441-RSM

Randall Poll v. The Communitas Group, et al
Case No. 3:09-cv-05019-RJB